COMMONWEALTH *vs.* WILLIAM A. CARRINGTON. June 29, 1971. The defendant was convicted of armed robbery and of unlawfully carrying a dangerous weapon. On appeal under the provisions of G. L. c. 278, §§ 33A–33G, he assigns as error the trial judge's charge to the jury with respect to the issue of intent. The defendant's contentions are devoid of merit. Considering the charge as a whole (*Commonwealth* v. *Pinnick,* 354 Mass. 13, 15), the jury received full and fair instructions from the judge as to the requirement that there must be a union of act and intent. See *Commonwealth* v. *Binkiewicz,* 342 Mass. 740, 749–753.

*Judgments affirmed.*

*William P. Homans, Jr.,* for the defendant.
*Richard A. Hannaway,* Assistant District Attorney, for the Commonwealth.